UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br><br> KIM COUSINS LANGLEY <br> DEBTOR | CASE NO. 23-52441-LRC <br><br> CHAPTER 7 |

### NOTICE OF HEARING ON MOTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 13

**PLEASE TAKE NOTICE** that **Kim Cousins Langley** has filed a **Motion to Convert Chapter 7 Case to A Case Under Chapter 13** and related papers with the Court seeking an order on **May 31, 2023**.

PLEASE TAKE FURTHER NOTICE Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within *twenty-one (21) days* from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at *Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303*, and serve a copy on the movant's attorney, *Rob Rickman, 368 W Pike St, Suite 203, Lawrenceville, GA 30046*, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for **July 20, 2023**. The Court will hold a hearing on the **Motion to Convert Chapter 7 Case to A Case Under Chapter 13** at **10:15 AM** on **July 20, 2023** in **Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov, or the link on the judge's webpage, which can be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instruct's otherwise. Unrepresented persons who do not have the video apability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice or hearing** provided that an

order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held as scheduled.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one** in **this bankruptcy case.** If **you do not have an attorney, you may wish to consult one.**

Dated:  May 31, 2023

          Respectfully Submitted,

**/s/ Rob Rickman**
Rob Rickman, Attorney for the Debtor
Georgia Bar No. 604674
Rickman & Associates, PC
368 W Pike St, Suite 203
Lawrenceville, Georgia  30046
678-500-9546
678-391-4422
rob@thegeorgialawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**KIM COUSINS LANGLEY,**           Case No. **23-52441-lrc**

Debtor                              Chapter **7**

**MOTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 13**

COMES NOW Kimberly Cousins Langley ("Debtor"), and pursuant to 11 U.S.C. §706, hereby exercises her right to convert her Chapter 7 case to a case under Chapter 13, and in support thereof shows this Honorable Court the following:

1.

Debtor filed a petition for an order for relief under Chapter 7 of the Bankruptcy Code on March 14, 2023.

2.

At the time of preparing, signing and filing her Chapter 7 petition, Debtor did not believe she had any ownership interest in real property.

3.

The Chapter 7 Section 341(a) meeting was held and concluded on April 17, 2023. S. Gregory Hays (the "Trustee") conducted the examination of the Debtor.

4.

Debtor discovered she and her husband have a joint ownership of her residence located at 2830 Hunters Pond Dr, Snellville, GA 30078.

5.

Debtor would not have filed a Chapter 7 had she known of her ownership interest in said real property.

**6.**

Debtor believes her and her husband can work their budget to allow for an effective reorganization to allow her to pay the creditors the same amount that they would have received in a Chapter 7 case without the need to liquidate any assets.

WHEREFORE Debtor prays for an Order to convert her case to a Chapter 13 and for any other relief as the Court may deem just and proper.

This 31st Day of May, 2023

/s/ Kim Cousins Langley
_____
Kim Cousins Langley, Debtor

/S/ Rob Rickman
Rob Rickman, Georgia Bar No 604674
Attorney for Debtor
Rickman & Associates, PC
368 W Pike St, Suite 203
Lawrenceville, Georgia 30046
(P) 678.500.9546
rob@thegeorgialawfirm.com

CERTIFICATE OF SERVICE

I certify that on the 31 day of May, 2023, I electronically filed the foregoing **NOTICE OF MOTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 13, DEADLINE TO OBJECT AND HEARING** with the Clerk of Court using CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of this pleading to be placed in the the first-class United States mail, postage pre-paid, addressed to the following recipients not participating in the CM/ECF system as follows:

**Chapter 7 Trustee**
S. Gregory Hays
3343 Peachtree Road
Suite 200
Atlanta, GA 30326-1420

**DEBTOR**
Kim Cousins Langley
2380 Hunters Pond Ln
Snellville, GA 30078

And all parties on the attached matrix.

Dated: May 31, 2023

**/s/ Rob Rickman**
Rob Rickman, Attorney for the Debtor
Georgia Bar No. 604674
Rickman & Associates, PC
368 W Pike St, Suite 203
Lawrenceville, Georgia  30046
678-500-9546
678-391-4422
rob@thegeorgialawfirm.com
